UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
MAY -2 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____DEPUTY

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CAUSE NO.: DR19-CR-762 |
| | § | |
| MAURICIO REYES-GARCIA | § | |

**STIPULATION OF FACTS**

The United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Special Assistant U.S. Attorney, the Defendant, and Defense counsel hereby stipulate that if this matter were to proceed to trial, the United States would establish by legal and competent evidence the following facts beyond a reasonable doubt:

On February 11, 2019, Defendant was found in the United States near Carrizo Springs, Texas within the Western District of Texas by federal law enforcement agents. The Defendant is an alien and citizen of Honduras who has been previously formally deported from the United States on or about January 15, 2016, through Alexandria, Louisiana. After such formal deportation, the Defendant has not received the consent of the Attorney General of the United States nor the consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States. The Defendant is voluntarily in the United States unlawfully. The Defendant committed all of the foregoing acts knowingly and voluntarily.



Respectfully submitted,

JOHN F. BASH
United States Attorney

By: _____
MATTHEW H. WATTERS
Assistant United States Attorney

After consulting with my attorney, I hereby stipulate the above Statement of Facts is true and accurate, and had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt. **I accept responsibility for my actions in this case and apologize for having committed this offense.**

Signed this 26th day of March, 2019.

_____
MAURICIO REYES-GARCIA
Defendant

I am Defendant's Attorney, I have carefully reviewed the above Stipulation of Facts with the Defendant. To my knowledge, Defendant's decision to stipulate to such facts is informed and voluntary.

Signed this 26th day of March, 2019.

_____
MINERVA TORRES
Defendant's Attorney

Adopted and approved this 2nd day of May, 2019.

_____
COLLIS WHITE
United States Magistrate Judge